Grote et al v. Juniper Community Corp. et al                                                                            Doc. 2
Case 1:06-cv-01328-ZLW   Document 2   Filed 07/10/2006   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

JUL 10 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. **06-CV-01328** BNB
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

KAREN L. GROTE,
SHARON K. CARROLL, and
CHARLOTTE A. STUART,

    Plaintiffs,

v.

JUNIPER COMMUNITY CORP. – NEW JERSEY,
THE SPEARLY CENTER,
CHRIS COSEGROVE,
BARBARA BRADSHAW, and
TOM DURRY,

    Defendants.

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

    Plaintiffs Karen L. Grote, Sharon K. Carroll, and Charlotte A. Stuart have submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 signed only by Ms. Stuart and an unsigned Title VII Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. The Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers which the Plaintiffs file in response to this order must include the civil action number on this order.

Dockets.Justia.com

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  XX   is not submitted separately and signed separately **by each Plaintiff**
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing required financial information
(5)  ___  is missing an original signature by the prisoner
(6)  ___  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  ___  other_____

**Complaint, Petition or Application:**
(10) ___  is not submitted
(11) ___  is not on proper form (must use the court's current form)
(12) XX   is missing an original signature **by each Plaintiff**
(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  An original and a copy have not been received by the court. Only an original has been received.
(16) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) XX   names in caption do not match names in text
(18) XX   other No address provided **for each Plaintiff**

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail **to each Plaintiff**, together with a copy of this order, two copies of both the Title VII Complaint form and of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form. It is

FURTHER ORDERED that, if the Plaintiffs fail to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 10th day of July, 2006.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06-CV-01328**-BNB

Charlotte A. Stuart
3288 Crazy Horse Drive
Wellington, CO 80549

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint** to the above-named individuals on 7-10-06

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk